**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:  Alyssa A. Braun,                          :      Bankruptcy No.  23-21087-JAD
                                                  :
                    Debtor                        :
                                                  :      Chapter 13
                                                  :
                                                  :      Related to Document No.
                                                  :
                                                  :

**CERTIFICATE OF SERVICE**

I, Charles J. Grudowski, Esquire, hereby certify under penalty of perjury that:

The Order of Court dated April 6, 2026 and the Amended Schedules "A/B," and "C" to

the Debtor's Petition filed on May 19, 2023, were served on all parties listed on the Bankruptcy

Clerk's mailing matrix, the United States Trustee, and the Chapter 13 Trustee by electronic mail

and/or first class U.S. mail on April 13, 2026.

Executed on:  <u>April 13, 2026</u>                By:    /s/Charles J. Grudowski, Esquire__
                                                          Charles J. Grudowski, Esquire
                                                          PA ID No. 91231
                                                          Grudowski Law, P.C.
                                                          3925 Reed Boulevard, Suite 201
                                                          Murrysville, PA 15668
                                                          (412) 904-1940 Telephone
                                                          (855) 496-3150 Fax
                                                          Email: cjg@grudowskilaw.com