**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Alyssa A. Braun, | ) | Bankruptcy No. 23-21087-JAD |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | |
| Alyssa A. Braun, | ) | |
| | ) | **Hearing Date:  May 12, 2026** |
| Movant, | ) | **Hearing Time:  10:00 a.m.** |
| | ) | **Place of Hearing:  U.S. Steel Tower** |
| v. | ) | **600 Grant Street, Pittsburgh, PA 15219** |
| | ) | **Courtroom D or Zoom** |
| Ronda J. Winnecour, | ) | |
| | ) | |
| Chapter 13, Trustee | ) | Document No. |
| | ) | |
| Respondent. | ) | |

**NOTICE OF HYBRID HEARING WITH RESPONSE DEADLINE**
**REGARDING DEBTOR'S APPLICATION TO EMPLOY SPECIAL COUNSEL**
**NUNC PRO TUNC**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for the Movant a response to the Motion by no later than May 1, 2026, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the Judge's calendar posted on the Court's web site at https://www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A "hybrid" hearing will be held on **May 12, 2026, at 10:00 a.m**. before Judge Jeffery A. Deller.  A "hybrid" hearing is one which any counsel and/or litigant may choose to attend in-person or remotely utilizing the Zoom Video Conference Platform ("Zoom").

Counsel or litigants desiring to appear in-person should appear in front of Judge Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219 at the date

and time stated above.

Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Deller's website (which can be found at https://www.pawb.uscourts.gov/judge-dellers-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing.  All parties participating remotely shall comply with Judge Deller's *General Procedures*, which can be found at https://www.pawb.uscourts.gov/procedures-0.

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternate arrangements if they desire to participate remotely. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

All persons are also reminded that participating remotely at a "hybrid" hearing is a courtesy provided by the Court and may be rescinded at any time.

All persons are also reminded that pursuant to the Court's Notice and Order, and as set forth in Judge Deller's Zoom Procedures, the public's recording or duplication of any audio or video of the hearing is strictly prohibited.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service: April 14, 2026

s/Charles J. Grudowski, Esquire
Attorney for Debtor
Pa I.D. # 91231
GRUDOWSKI LAW, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
 (412) 904-1940
Email cjg@grudowskilaw.com