IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ALYSSA A. BRAUN,
        Debtor(s).

ALYSSA A. BRAUN,
        Movant(s),

vs.

RONDA J. WINNECOUR, CHAPTER 13
TRUSTEE,
        Respondent(s).

CASE NO 23-21087-JAD

Chapter 13

Related to Doc. Nos.: 30, 33, 36 and 37

Hearing: 5/12/26 at 10:00 a.m.

## CONSENT ORDER OF COURT RESOLVING (a) APPLICATION TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC AND (b) MOTION TO APPROVE SETTLEMENT

WHEREAS, Debtor(s) sought approval of the employment of special counsel and settlement of a personal injury claim nunc pro tunc, at Docs 30 and 33;

WHEREAS, the Trustee objected to the requested approval(s), as set forth in the responses filed at Docs 36 and 37;

WHEREAS, Special Counsel was engaged by Debtor on June 21, 2021, prior to Debtor's filing of the within Chapter 13 case;

WHEREAS, Debtor has filed amended schedules to disclose the underlying personal injury settlement and to claim as exempt the full amount of the settlement, at Doc. 26;

WHEREAS, the full amount of the proposed $8,000 settlement is within the statutory limits of the claimed exemption under 11 U.S.C. § 522(d)(11)(D);

WHEREAS, Special Counsel's fees and expenses would be paid from otherwise exempt funds;

WHEREAS, there were no other timely responses filed objecting to either the employment of Special Counsel or the proposed settlement by the May 1, 2026, response deadlines;

WHEREAS, to avoid the time and expense of litigating the issues the parties wish to settle their disputes on the terms and conditions set forth below.

AND now, the Trustee and Debtor (by their attorneys) agree, as indicated by their consent to this Order, as follows:

(1)     Trustee's response filed at Doc. 36 is hereby withdrawn, and the Application to employ special counsel at Doc. 30 shall be granted.

(2)     Trustee's response filed at Doc. 37 is hereby withdrawn, and the Motion to approve settlement at Doc. 33 shall be granted.

SO ORDERED, this _____ day of _____, 2026

_____
U.S. Bankruptcy Judge

Consented to by:

/s/ James C. Warmbrodt
James C. Warmbrodt (PA ID 42524)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee


/s/ Charles J. Grudowski
Charles J. Grudowski (PA ID 91231)
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
(412) 904-1940
cjg@grudowskilaw.com
Attorney for Debtor