FILED
5/5/26 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ALYSSA A. BRAUN,
    Debtor(s).

ALYSSA A. BRAUN,
    Movant(s),

vs.

RONDA J. WINNECOUR, CHAPTER 13
TRUSTEE,
    Respondent(s).

CASE NO 23-21087-JAD

Chapter 13

Related to Doc. Nos.: 30, 33, 36 and 37

Hearing: 5/12/26 at 10:00 a.m.

### CONSENT ORDER OF COURT RESOLVING (a) APPLICATION TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC AND (b) MOTION TO APPROVE SETTLEMENT

WHEREAS, Debtor(s) sought approval of the employment of special counsel and settlement of a personal injury claim nunc pro tunc, at Docs 30 and 33;

WHEREAS, the Trustee objected to the requested approval(s), as set forth in the responses filed at Docs 36 and 37;

WHEREAS, Special Counsel was engaged by Debtor on June 21, 2021, prior to Debtor's filing of the within Chapter 13 case;

WHEREAS, Debtor has filed amended schedules to disclose the underlying personal injury settlement and to claim as exempt the full amount of the settlement, at Doc. 26;

WHEREAS, the full amount of the proposed $8,000 settlement is within the statutory limits of the claimed exemption under 11 U.S.C. § 522(d)(11)(D);

WHEREAS, Special Counsel's fees and expenses would be paid from otherwise exempt funds;

WHEREAS, there were no other timely responses filed objecting to either the employment of Special Counsel or the proposed settlement by the May 1, 2026, response deadlines;

WHEREAS, to avoid the time and expense of litigating the issues the parties wish to settle their disputes on the terms and conditions set forth below.

AND now, the Trustee and Debtor (by their attorneys) agree, as indicated by their consent to this Order, as follows:

(1)     Trustee's response filed at Doc. 36 is hereby withdrawn, and the Application to employ special counsel at Doc. 30 shall be granted.

(2)     Trustee's response filed at Doc. 37 is hereby withdrawn, and the Motion to approve settlement at Doc. 33 shall be granted.

SO ORDERED, this __5th__ day of _____May_____, 2026

jsf

U.S. Bankruptcy Judge
Jeffery A. Deller

Consented to by:

/s/ James C. Warmbrodt
James C. Warmbrodt (PA ID 42524)
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**


/s/ Charles J. Grudowski
Charles J. Grudowski (PA ID 91231)
Grudowski Law, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
(412) 904-1940
cjg@grudowskilaw.com
**Attorney for Debtor**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 23-21087-JAD

Alyssa A. Braun                                                                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

**Recip ID               Recipient Name and Address**
db                      + Alyssa A. Braun, 111 Third Avenue, West Mifflin, PA 15122-1607

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles James Grudowski | on behalf of Debtor Alyssa A. Braun cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4