FILED
5/6/26 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Alyssa A. Braun, | ) | Bankruptcy No. 23-21087-JAD |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | |
| Alyssa A. Braun, | ) | |
| | ) | **Hearing Date:  May 12, 2026** |
| Movant, | ) | **Hearing Time:  10:00 a.m.** |
| | ) | **Place of Hearing:  U.S. Steel Tower** |
| v. | ) | **600 Grant Street, Pittsburgh, PA 15219** |
| | ) | **Courtroom D or Zoom** |
| Ronda J. Winnecour, | ) | |
| | ) | |
| Chapter 13, Trustee | ) | Document No. 30 |
| | ) | |
| Respondent. | ) | |

## ORDER EMPLOYING SPECIAL COUNSEL

AND NOW, this __6th__ day of ___May___*, 2026* upon consideration of the **DEBTOR'S
APPLICATION TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC**, it is hereby
ORDERED, ADJUDGED and DECREED as follows:

1.  The above referenced Application is hereby approved nunc pro tunc, retroactive to May
    19, 2023, the date the Bankruptcy Petition was filed.

2.  Wayne M. Chiurazzi, Esquire is hereby appointed as Special Counsel for the
    Estate/Debtor pursuant to the terms (including compensation terms) described in the Fee
    Agreement attached to the above referenced Motion/Application for the limited purpose
    of acting as attorney in connection with the interest of the Estate/Debtor in prosecuting a
    claim against Dolgencorp, LLC t/d/b/a Dollar General, and DG Saw Mill Run, LLC,
    giving rise to the Debtor's claim for personal injury as referenced to in the foregoing
    Motion/Application, provided however, no settlement of any claim is to occur without
    prior Court Order after notice and hearing.

3.  Professional persons or entities performing services in the above case are advised that
    approval of fees for professional services will be based not only on the amount involved
    and the results accomplished, but other factors as well including: the time and labor
    reasonably required by counsel, the novelty and difficulty of the issues presented, the
    skill requisite to perform the legal service properly, the preclusion of other employment
    due to acceptance of this case, the customary fee, whether the fee is fixed or contingent,
    the time limitations imposed by the client or the circumstances, the experience, reputation

and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

4. Approval of any application for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the abovementioned factors in granting approval by Court Order.

5. Applicant shall serve the within Order on all interested parties and file a certificate of service.

_____ jsf
JEFFERY A. DELLER
United States Bankruptcy Judge

Case Administrator to mail to:
Debtor
Counsel
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 23-21087-JAD

Alyssa A. Braun                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                          Page 1 of 1

Date Rcvd: May 06, 2026                Form ID: pdf900                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alyssa A. Braun, 111 Third Avenue, West Mifflin, PA 15122-1607 |
| sp | + Wayne M. Chiurazzi, The Chiurazzi Law Group, 101 Smithfield Street, Pittsburgh, PA 15222-2203 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles James Grudowski | on behalf of Debtor Alyssa A. Braun cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4