FILED
5/6/26 1:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Alyssa A. Braun, | ) | Bankruptcy No. 23-21087-JAD |
| | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | |
| Alyssa A. Braun, | ) | |
| | ) | **Hearing Date:  May 12, 2026** |
| Movant, | ) | **Hearing Time:  10:00 a.m.** |
| | ) | **Place of Hearing:  U.S. Steel Tower** |
| v. | ) | **600 Grant Street, Pittsburgh, PA 15219** |
| | ) | **Courtroom D or Zoom** |
| Ronda J. Winnecour, | ) | |
| | ) | |
| Chapter 13, Trustee | ) | Document No.  33 |
| | ) | |
| Respondent. | ) | |

ORDER OF COURT

AND NOW, this 6th day of  May    , 2026, upon consideration of the Debtor's Motion

to Approve Settlement (the "Motion"), and after notice and opportunity for hearing, and it

appearing that the relief requested is in the best interests of the estate;

IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED**.
2. The settlement described in the Motion, as set forth in the proposed Settlement
   Agreement attached thereto, is **APPROVED**.
3. The Debtor is authorized to **execute and deliver the Settlement Agreement and any
   related documents** necessary to effectuate the terms of the settlement.
4. The Debtor is authorized to **take all actions necessary to implement the settlement**.
5. The Court shall retain jurisdiction to **enforce the terms of the settlement and this
   Order**.

_____
United States Bankruptcy Judge

Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 23-21087-JAD

Alyssa A. Braun                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                    Page 1 of 1

Date Rcvd: May 06, 2026                       Form ID: pdf900                               Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alyssa A. Braun, 111 Third Avenue, West Mifflin, PA 15122-1607 |
| sp | + Wayne M. Chiurazzi, The Chiurazzi Law Group, 101 Smithfield Street, Pittsburgh, PA 15222-2203 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles James Grudowski | on behalf of Debtor Alyssa A. Braun cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4